UNITED STATES *v.* S. H. KRESS & CO.

**No. 6154.**—Invoice dated Kobe, Japan, July 13, 1940.
Entered at New York, N. Y., August 16, 1940.
Entry No. 707956.

(Decided May 17, 1945)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
*Sharretts & Hillis* (*Edward P. Sharretts* of counsel) for the defendant.

COLE, Judge: This appeal for reappraisement of 66 dozen tennis rackets has been submitted for decision on a written stipulation filed May 9, 1945, wherein the parties agree that the proper basis for appraisement of said merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), and that such statutory value is 5.15 yen per dozen, packing included.

I therefore hold the proper dutiable value of the merchandise in question to be as conceded by the parties, and judgment will be rendered accordingly.